

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————————

No. 02-23-00390-CV

———————————————————

IN RE S.B.

On Appeal from the 367th District Court
Denton County, Texas
Trial Court No. 20-7148-367

Before Kerr, Birdwell, and Womack, JJ.
Memorandum Opinion by Justice Kerr

**MEMORANDUM OPINION**

Relator filed an emergency motion to stay certain proceedings in the trial court. *See* Tex. R. App. P. 52.10. Relator did not file a petition seeking extraordinary relief, *see* Tex. R. App. P. 52.1, although she claims in the motion that she will file a petition for mandamus later. An appellate court cannot grant temporary relief under rule 52.10 unless an original proceeding has been filed. *In re Omni Hotels Mgmt. Corp.*, No. 2-03-365-CV, 2003 WL 22966229, at *1 (Tex. App.—Fort Worth Dec. 18, 2003, orig. proceeding) (per curiam); *In re Ramirez*, 133 S.W.3d 664 (Tex. App.—Corpus Christi–Edinburg 2003, orig. proceeding); *In re Kelleher*, 999 S.W.2d 51, 52 (Tex. App.—Amarillo 1999, orig. proceeding); *see* Tex. R. App. P. 52.1, 52.10. Rule 52.10 implies that a petition must be filed before our court can grant emergency relief. *Omni Hotels Mgmt. Corp.*, 2003 WL 22966229, at *1. At this point, there is no controversy before this court. *See id.*

Accordingly, we dismiss Relator's emergency motion for want of jurisdiction without prejudice to refiling it after an original proceeding is commenced. *See id.*

/s/ Elizabeth Kerr
Elizabeth Kerr
Justice

Delivered:  October 17, 2023

2